```
     IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**DARRELL RAY ANDERSON,**         :

    **Petitioner,**               :

**vs.**                                :   CIVIL ACTION 03-00749-BH-B

**JAMES E. REYNOLDS,**            :

    **Respondent.**               :

                                                       :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as time-barred.

**DONE** this 21st day of March, 2007.

                                                      s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE